IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket No. 3:01CR100LN-001 |
| ) | |
| BRYAN WELCH ) | |

## ORDER REGARDING EXPIRATION OF SUPERVISED RELEASE TERM WITH RESTITUTION BALANCE

This day, this cause came to be heard by the Court, on the recommendation of the U.S. Probation Office for the Southern District of Mississippi, Jackson Division, regarding the above named offender's expiration of supervised release. On November 30, 2001, Welch was sentenced, after he pled guilty to Wire Fraud and ordered to pay restitution in the amount of $19,348.48. Welch began a three (3) year term of supervised release September 9, 2003. He has been compliant and consistently paid monthly restitution payments.

The Court orders Bryan Welch's term of supervised release to expire, as scheduled, on September 8, 2006. Prior to expiration from supervised release, Welch will make satisfactory arrangements for payment of the remaining restitution balance with the U.S. Attorney's Office, Financial Litigation Unit and U.S. Clerk of Court.

SO ORDERED this the 5th day of September, 2006.

TOM S. LEE, SENIOR
U.S. DISTRICT JUDGE